UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

IRFAN ASHRAF, individually and on behalf of all others similarly situated,

                                              Plaintiffs,

-against-

LABORATORY CORPORATION OF AMERICA HOLDINGS, THE CITY OF NEW YORK and MEERA JOSHI,

                                                Defendants.

-------------------------------------------------------------- X

**STIPULATION OF SETTLEMENT**

17 CV 5956 (KAM)(CLP)

       **WHEREAS,** plaintiff commenced the above-captioned action seeking damages related to certain events regarding drug testing required to maintain his New York City Taxi and Limousine ("TLC") license, and

       **WHEREAS,** plaintiff and defendants City of New York and Meera Joshi ("City defendants") have agreed to resolve this action without further litigation;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the plaintiff and for the City defendants in the above-captioned matter, that this matter be settled as follows:

       1.    The City of New York agrees to pay plaintiff and his attorney the amount of $65,000.00 by issuing a check in that amount to plaintiff and his attorney in full satisfaction of all claims, including fees and costs, said payment to be made following receipt of all necessary documentation and information, including but not limited to duly executed release, affidavit of no liens, and taxpayer identification numbers.

2. This matter is voluntarily dismissed with prejudice, and either party may file the stipulation of dismissal that is being executed simultaneously herewith.

3. Plaintiff and his attorney hereby waive any right to apply for, and shall not apply for, any order authorizing the taxation of costs, attorney's fees, or disbursements in this matter.

4. This Stipulation is in full satisfaction of all claims made by plaintiff in connection with this matter.

5. Plaintiff waives the right to any further administrative or judicial challenge related to the incidents that were the subject of this action.

6. Plaintiff hereby releases the City defendants and any present or former employee or agent of the City of New York from any and all liability, claim, or right of action arising from and relating to the allegations contained in this action, including claims for costs, expenses and attorney's fees.

7. Nothing contained herein shall be deemed to be an admission by the City defendants or any of agents of the City of New York that they have acted unlawfully or in any way violated any of Plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.

8. This stipulation shall not be admissible in, nor is related to, any other litigation or settlement negotiations.

9. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

10. This stipulation contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this stipulation regarding the subject matter of the instant action shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

11. Counsel for the parties have reviewed and revised this stipulation, and any rule of construction, by which any ambiguities are to be resolved against the drafting party, shall not be applied in the interpretation of this Stipulation.

12. Electronic signatures hereon are the equivalent of originals.

Dated: New York, New York
November 13, 2018

DANIEL L. ACKMAN
Law Office of Daniel L. Ackman
Attorney for Plaintiff Ashraf
222 Broadway, 19th Floor
New York, NY 10038
tel: 917-282-8178
dan@danackmanlaw.com

By: _____
DANIEL L. ACKMAN

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
Attorney for Defendants City of New York
and Joshi
100 Church Street
New York, New York 10007
(212) 356-2179
aweinbla@law.nyc.gov

By: _____
AMY J. WEINBLATT
Assistant Corporation Counsel

- 3 -

So Ordered:

_____
Hon. KIYO A. MATSUMOTO