UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

IRFAN ASHRAF, individually and on behalf of all others similarly situated,

                                                   Plaintiffs,

-against-

LABORATORY CORPORATION OF AMERICA HOLDINGS, THE CITY OF NEW YORK and MEERA JOSHI,

                                                   Defendants.
-------------------------------------------------------------------- X

**STIPULATION OF VOLUNTARY DISMISSAL**

17 CV 5956 (KAM)(CLP)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 21 2018 ★
BROOKLYN OFFICE

        **WHEREAS,** plaintiff commenced the above-captioned action seeking damages related to certain events regarding drug testing required to maintain his New York City Taxi and Limousine ("TLC") license, and

        **WHEREAS,** plaintiff and defendants City of New York and Meera Joshi ("City defendants") have agreed to resolve this action without further litigation;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the plaintiff and for the City defendants in the above-captioned matter, as follows:

        1.    This matter is voluntarily dismissed with prejudice pursuant to the terms of the accompanying stipulation of settlement ("settlement agreement").

        2.    This Court retains jurisdiction over this matter for the purpose of enforcement of the terms of the settlement agreement.

3. Electronic signatures hereon are to be considered the equivalent of originals.

Dated: New York, New York
       November 13, 2018

DANIEL L. ACKMAN
Law Office of Daniel L. Ackman
Attorney for Plaintiff Ashraf
222 Broadway, 19th Floor
New York, NY 10038
tel: 917-282-8178
dan@danackmanlaw.com

By: /s/ Daniel L. Ackman
    DANIEL L. ACKMAN

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
Attorney for Defendants City of New York
and Joshi
100 Church Street
New York, New York 10007
(212) 356-2179
aweinbla@law.nyc.gov

By: /s/ Amy J. Weinblatt
    AMY J. WEINBLATT
    Assistant Corporation Counsel

So Ordered:

/s/(KAM)

Hon. KIYO A. MATSUMOTO